**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

ROBERT G. BERTONE,             Case No. 6:12-bk-11762-ABB
                               Chapter 7
_____Debtor./

## ORDER GRANTING ADDITIONAL EXTENSION OF TIME TO FILE CERTIFICATE OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

This matter came before the Court on the Debtor's Motion For Extension of Time To File Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Docket No. 12)  It is ORDERED that the Debtors herein shall have until December 18, 2012 to file the Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management.  Failure to timely file pleadings will result in the dismissal of this case.  No further extensions will be granted.

DONE and ORDERED in Orlando, Florida, this 13th day of December, 2012

_____
Arthur B. Briskman
Chief United States Bankruptcy Judge

Copies to:
Debtor, Robert G. Bertone, 19 Paguin Drive, Saint Cloud, Florida  34769
Brian Michael Mark, Esquire, Brian Michael Mark, P.A., 100 Church Street, Kissimmee, Florida  34741
Lori Patton, Chapter 7 Trustee, Post Office Box 520547, Longwood, Florida  32725